1  ROBERT E. BOONE III (CA Bar No. 132780)
   CHRISTOPHER L. DUERINGER (CA Bar No. 173746)
2  SARAH GOHMANN (CA Bar No. 245553)
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California  90401-2386
4  Telephone:   (310) 576-2100
   Facsimile:   (310) 576-2200
5  E-Mail:      reboone@bryancave.com
                cldueringer@bryancave.com
6               sarah.gohmann@bryancave.com

7  Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC. and
8  RECONTRUST COMPANY, N.A.

9

J S - 6

10              **UNITED STATES DISTRICT COURT**

11   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

12

13  ROSARIO A. DE CASTRO,                **Case No. 2:09-cv-01255-FMC-JTLx**

14          Plaintiff,
                                         Assigned to:  Hon. Florence-Marie Cooper
15          v.
                                         **ORDER DISMISSING CASE WITH**
16  CALIFORNIA EMPIRE BANCORP,           **PREJUDICE**
    INC., COUNTRYWIDE HOME
17  LOANS, INC., RECONTRUST
    COMPANY, N.A., and Does 1
18  through 10, Inclusive.

19          Defendants.

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS737770.1

1    Having issued an Order on May 19, 2009 granting defendants Countrywide

2    Home Loans, Inc. and ReconTrust Company, N.A.'s Motion to Dismiss and giving

3    Plaintiff Rosario A. De Castro ("Plaintiff") thirty (30) days to file an amended

4    complaint and Plaintiff having failed to file an amended Complaint,

5        IT IS ORDERED THAT the case be dismissed with prejudice.

6    IT IS SO ORDERED.

7

8    Dated:  June 24, 2009                    _____

9                                            United States District Court Judge

10   Respectfully submitted by

11   **BRYAN CAVE LLP**
     Robert E. Boone III
12   Christopher L. Dueringer
     Sarah Gohmann
13

14   By:   */s/ Sarah Gohmann*
            Sarah Gohmann
15   Attorneys for Defendant
     COUNTRYWIDE HOME LOANS, INC.
16   and RECONTRUST COMPANY, N.A.

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS737770.1                            2